JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **TIC TAC MARKET, INC.,** a California Corporation, **KULPATI CHODHA**, an Individual, and **PARVEEN RANI CHODHA**, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant. | No. 8:21-cv-00778-JVS-KES<br><br>**DISMISSAL ORDER**<br><br>Honorable James V. Selna<br>United States District Judge |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed with prejudice. Each party shall bear its own fees, costs, and expenses.

Dated: June 23, 2021

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


   /s/ Matthew J. Barragan
_____
MATTHEW J. BARRAGAN
Assistant United States Attorney

Attorneys for Defendant
United States of America